FILED
09 SEP -1 PM 12:52



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 09 80 222 MISC

Johanna Kathleen Hartwig - #241516
_____/

**ORDER TO SHOW CAUSE**

It appearing that Johanna Kathleen Hartwig has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that she may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why she should not be suspended from practice before this Court.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Johanna Kathleen Hartwig
Chambers of M. Margaret McKeown
401 West "A" Street, Suite 2000
San Diego, CA 92101