**FILED**

NOV 0 9 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

                              No CV-09-80222 MISC VRW

Jonanna Kathleen Hartwig,

        State Bar No 241516            ORDER

_____/

On September 1, 2009, the court issued an order to show cause (OSC) why Jonanna Kathleen Hartwig should not be removed from the roll of attorneys authorized to practice law before this court Based upon her inactive enrollment as a member of the State Bar of California pursuant to Rule 9.31, effective July 1, 2009. The OSC was mailed to Ms. Hartwig's address of record with the State Bar on September 1, 2009. Ms. Hartwig filed a response on October 1, 2009, advising the court that she is now in compliance with MCLE requirements.

The California State Bar web site indicates that Ms. Hartwig is on active status as of October 1, 2009, and may practice law in California.

The OSC is therefore discharged. The clerk is directed to close the file.

IT IS SO ORDERED.

**VAUGHN R WALKER**
United States District Chief Judge

United States District Court
For the Northern District of California

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

In the Matter of

Johanna Kathleen Hartwig,

_____/

Case Number: C09-80222   VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 9, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Johanna K. Hartwig
Chambers of M. Margaret McKeown
401 West A Street, Ste 2000
San Diego, CA 92101

Dated: November 9, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*